```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :     INFORMATION
                                 :
        - v. -                   :     21 Cr. ____ (   )
                                 :
RICHARD SCHIRRIPA,               :
                                 :
                   Defendant.    :
                                 :
- - - - - - - - - - - - - - - - x
```

21 CRIM 137

## COUNT ONE

**(False Statements to a Federal Agent)**

The United States Attorney charges:

1. On or about both January 31, 2020 and February 11, 2020, in the Southern District of New York, RICHARD SCHIRRIPA, the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, willfully and knowingly, falsified, concealed, and covered up by trick, scheme, and device a material fact, and did make a materially false, fictitious, and fraudulent statement and representation, to wit, on each occasion, SCHIRRIPA falsely represented to the Drug Enforcement Administration ("DEA"), in New York, New York, that as part of the recent closure of SCHIRRIPA's pharmacy, he had transferred to others, sold, or destroyed all controlled substances, when in truth and fact, SCHIRRIPA remained in possession of thousands of controlled

substance pills/patches, including, among other substances, fentanyl, oxycodone, oxymorphone, morphine sulfate, methadone, hydromorphone, dextroamphetamine, concerta, clonazepam, nucynta, vyvanse, and zolpidem.

    (Title 18, United States Code, Section 1001(a).)

                                         /s/
                                   AUDREY STRAUSS
                                   United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**v.**

**RICHARD SCHIRRIPA,**

                              **Defendant.**

---

**INFORMATION**

21 Cr. \_\_\_\_

(18 U.S.C. § 1001(a).)

                              AUDREY STRAUSS
                       United States Attorney.

---