**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

-against-

RICHARD SCHIRRIPA,

Defendant.

------------------------------------- x

ORDER

21 Crim. 137-1 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: MAY 26 2021

GEORGE B. DANIELS, United States District Judge:

Defendant's sentencing is adjourned from July 13, 2021 to July 28, 2021 at 10:00 AM.

Dated: New York, New York
May 25, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge