LAW OFFICES OF
# GERALD B. LEFCOURT, P.C.
A PROFESSIONAL CORPORATION
1776 BROADWAY, SUITE 2000
NEW YORK, N.Y. 10019

GERALD B. LEFCOURT
lefcourt@lefcourtlaw.com

TELEPHONE
(212) 737-0400
FACSIMILE
(212) 988-6192

SHERYL E. REICH
reich@lefcourtlaw.com
FAITH A. FRIEDMAN
ffriedman@lefcourtlaw.com

**SO ORDERED**

*George B. Daniel*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

July 21, 2021

**JUL 2 2 2021**

VIA ECF

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Re: United States v. Richard Schirripa,* 21-CR-137 (GBD)

Dear Judge Daniels:

We are counsel to Richard Schirripa in connection with the above matter. We write to seek an order permanently sealing and granting permission for the undersigned to re-file the following Exhibits, Dkt. 32-2, 32-3, 32-4, 32-5, 32-6, 32-7, 32-8, and 32-9, in redacted form. This request is necessitated by the fact that the above listed Exhibits were filed as part of Mr. Schirripa's sentencing submission containing certain personal identifying information that should have been but inadvertently was not redacted. The documents are currently sealed on a temporary basis pending an Order of this Court. We have conferred with the government, and it has no objection to this application.

We thank the Court for its consideration in this matter and apologize for any inconvenience.

Respectfully submitted,

/s/ Gerald B. Lefcourt

Gerald B. Lefcourt

cc: Michael Neff, Esq.
*Assistant United States Attorney*